IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

REINIER CESPEDES MESA,                      §
                                            §
          *Petitioner*,                     §
                                            §
V.                                          §          CIVIL ACTION NO. SA-26-CV-03722-FB
                                            §
MIGUEL VERGARA, Filed Office                §
Texas ICE Processing Center; *et al.*,      §
                                            §
          *Respondents*.                    §

## ORDER OF DISMISSAL AND JUDGMENT

Before the Court is Petitioner Reinier Cespedes Mesa's ("Petitioner") Supplemental Briefing in Support of Motion for Temporary Restraining Order & Petition for Writ of Habeas Corpus ("Second Petition") (ECF No. 1) for writ of habeas corpus under 28 U.S.C. § 2241.  Petitioner states that he filed his Second Petition because the Court has not yet ruled on a motion to enforce Petitioner submitted in his first-filed petition, *Mesa v. Miguel Vergara, et al.*, Civil Action No. SA-26-CV-824-FB.  The Court today has ruled on the motion to enforce.  Accordingly, this Second Petition can be dismissed as moot.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Petitioner's Second Petition (ECF No. 1) is DISMISSED as MOOT.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 23rd day of June, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE